UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY R. LeBLANC,

        Plaintiff,                Case No. 1:16-cv-1113

v.

                                    Honorable Paul L. Maloney

UNKNOWN PARTY et al.,

        Defendants.

_____/

**JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.

Dated:  November 7, 2016          /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge